IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:
)
) District Court Case No.
SALVADOR B. and ) 2:05-cv-1107-GEB
DOLORES SALAS, )
) Bankruptcy Court Case No.
        Debtors. ) 04-31266-D-7
)
) ORDER
SALVADOR B. and )
DOLORES SALAS, )
)
        Appellants, )
    v. )
)
MICHAEL MCGRANAHAN, )
Bankruptcy Trustee, )
)
        Appellee. )

      On July 10, 2006, the parties to this bankruptcy appeal filed a stipulation to reschedule oral argument currently set for August 7, 2006, "to August 21, 2006, or another appropriate date." (Stipulation at 1.)  Based on the stipulation of the parties, oral

/////
/////
/////
/////
/////

1

argument in this appeal is rescheduled for September 18, 2006, at 10:00 a.m. in Courtroom 10, Sacramento, California.

IT IS SO ORDERED.

Dated:  July 13, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge